> The request to adjourn the initial pretrial conference *sine die* is GRANTED. The parties are directed to submit a proposed schedule for the motions for summary judgment no later than September 25, 2025. Date: September 12, 2025
>
> SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Bryn M. Ritchie**
Tel.: (212) 356-0885
britchie@law.nyc.gov

September 11, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *R.F. et al v. New York City Department of Education* 25-cv-05398-LJL

Your Honor:

      I am the Assistant Corporation Counsel assigned to the defense of the New York City Department of Education (DOE) in the above-referenced action brought under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*, in which Plaintiffs seek to overturn a decision of a State Review Officer (SRO). The parties jointly submit this letter in connection with the initial pretrial conference currently scheduled for September 16, 2025.

      Because the allegations in the Complaint concern an underlying administrative hearing, the parties jointly and respectfully suggest that no discovery, apart from the certified record, is required in this action. For that reason the parties also jointly request that the initial pretrial conference currently scheduled for September 16, 2025 be adjourned *sine die*. The parties intend to file cross motions for summary judgment to resolve the issues in this action. The parties respectfully request that the Court adjourn the initial pretrial conference and afford the parties time to file the certified administrative record and to propose a briefing schedule.

      Thank you for your consideration of this request.

Respectfully,
/s/
Bryn Ritchie
Assistant Corporation Counsel

cc:   Plaintiffs' Counsel (by ECF)